Inn Thee U.S. Federal (5th) Circuit Court Judicial District Out of thee Delta and Western Divisions inn Oxford, Mississppi for Bledsoe Co. Inn Pikesville, Tennessee TN-D.O.C.: Tennessee Department of Corrections In The (6th) Sixth Circuit butt (12th) Twelifth Judicial District Complaint Rises butt Want an Change of Venue do to lack of Personal Jurisdiction and lack of Personal Knowledge admiting the TRUTH TO COVER MY OWN INDEPENDANCE AS AN INDIVIDUAL. 3:16CV159-DMB-DAS

RECEIVED JUL 01 2016 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

HALE, THOMAS D. PRO SE Attorney!
AKA Rhealtale, Thomas Daniel Eugene
Thomas Daniel Eugene Hale Alias
Login Name Dana The Soloist.
D.O.B. 03/20/1968 SSNA NO. ███
TNDOC NO. B.P.R. NO. 00130892
1045 Horsehead Rd Pikesville, TN. 37367
703 Georgia Street Johnson City, TN. 37601
1-423-881-3251 ext. 3000 darren L. Settles and Associate Wardens office number will be listed above in two lines and this one
1-423-881-3426 Title VI What Im Filing NOW Deliberate Indiffering on Accounts of my Trust FUNDING Bribery TO OFFER CONTRACT of Subsection §1973 ACT AND THE Subsection §1983 ACT: Rehab/ Reform.

— Continued from pg. 1 —

VS.

State of Tennessee (TEST) and Against the peace and dignity of, by, through, with, and for the State! IN THIS WRIT, Filing this (Test) Against the peace and dignity of the state with, through, by, and for them. And WRIT for §1973 Act and §1983 Act through the 2012 Uniform Administrations Procedure Act Revised inn 2014 Signed Nov. 28, 2014. At West Tennessee Penal Farm State — Penitentary inn henning, Tn. 38041 Where old fort pillow penitentary was and inn fall creek, TN. for lauderdale County in and about Ripley, TN. Region West Point Academy for Tennessees Treatment Correction Academy and their Professional Special Management Academy Now in Chattanooga, TN. Region around Bledsoe County Correctional Complex the Pikesville, Tennessee Regions bank on it now heres more defendents in their fulliest culpability capacity suing w/ this Petitioned Complaint exercising and asking for ultimate Release in abilities instilhed in myself licensing me in this Court before needing a copy of the Rules, Regulations, and Procedures in this Local and Region Venue Changed for and in. AL

— Continued from pg. 2 —
defendants, et. al.

Associate Warden of Security Bert Boyd
Associate Warden of Treatment Darren L. Settles
Associate Warden of Security/Treatment for the Women Shannon Green
Inmates Jobs Manager Janice A. Holt
Fiscal Services Joe Wolfe-Mezeres
Emily Gibson
Wes Landers
Lisa Parks
Nikki Potts
Pam Hyler
Ashraf Gabous
Eric Qualis
Tony Howerton
Tausha Mitchell
Melvin Tiry
Mary Moewe
Janice Plautz
Sid Albert
Tamara Taylor
Jean Mills
Tommy Mills
Joel Foster
Patricia Spears
LaRayne Evans
Correctional Administrators
Brian Waller
Jeff Johns
Tom Lyle
Contract Compliance Managers
Mike Johnson
Cindy Sword
Emily O'Malley-Laursen

— Continued from pg. 3 —

ADA Coordinator Steve Coleman and Loretta Coleman at WTSP / Steve Coleman at BCCX.

Human Resources Administrator
  Wendy Davis

OIC
Captain Higdon Chief-of-Security

Notary Republic w/ education, library, Chapel
  Eric Johnson
  Avis Cagle
  Karen Hickey
  Carrie Waxler
  rick hassler

Institutional Parole Officers
  bayless, melissa
  lawhorne, doug

(Western Union) → JPAY.com Company for Money Transfers and Trust accounts

Globel Tel*Link Phone Company out of Denver, Colorado (CO) 80291-1705 Zip coded
Dept. 1705

Chief Counselor and/ Counselors
  Valerie Nichols
  Chris Shook — CCO
  Kim White
  Patty Lovitt
  Jeff Hayes
  Teri Fuson
  Lucas Trantham
  Paull Oakes
  Denna Daughtery
  Kenny Rogers

— Continued from pg. four (4). —

John Tollett
Kemara Allen
Chris Underwood
Jarett Stokes
Christy Miller
Eric Paulk
Jack Hackerman
Benjamin Brown
Robert Barnett
Courtney McMahon
Rachel Smith
James Fischer
Sandra Santos
Donna Stone
Juanita Stone
Linda Farris
Unit Manager 21
David Janow
Lt. Valerie Davis
Sgt. Lawson
Cpl. Stewart
Cpl. Randy Young
Cpl. Hollinsworth and/or Hollingsworth
CCO Velma Neal Barnett or Burnett
IRC Kyle Yates
IRC Matthew Prickett
Justin Thompson Recreation
Dakota Seamons Recreation

— Continued from pg. 5 —

Sgt./Lt. Daniel Henry Grievance Chairperson
Grievance Review Committee
 Sgt. Patricia Speck
 Sgt. K. Hargis
 Unit Manager Randy Lewis
 Inmate Council member Donald Deathridge 00494845
 Inmate Council member Cedric Bryant 00361674
 IRC Jay Yearwood Staff Grievance Board Member
 Jessica Scott Staff Grievance Board Member
 Inmate Craig Fultz Grievance Board Member 00369075
 Inmate Ricky Melvin Grievance Board Member 00111686
 Inmate Scott Deem Grievance Board Member 00359606
Chaplins
Greg Williams
Smith (Coloured Afrikan-American)
Pete Brown
Mike and di'ann Hobersome
Educators
 Dean Phil Asberry
 Walter Lee - Teacher
 PREA Compliance Manager Ginger Davis
 Law Library and Assistant
 Alexander Baxter 00145056 (Inmate)
 Mack Thompson (Inmate)

Prea Family Victim Advocate
Dr. Tamela Sadler

Inmate Disciplinary Advisors for BCCX
 Theodore Hunt 00503880
 Martinez Alverdo 00285466
 Jerry Lane or Layne 00203681
 Shannon Graham 00453714

Institutional STG Investigators / Internal Affairs
 Sean Smith
 Jackie Blankenship
 William Graves

These I file against:
 Section 1983 State and Federal
 Section 1973 through 2014 revised Reform Acts and Uniform Administrative Procedures Acts along w/ Rehabilitative Act
 American Disability Act for Im AN QUALIFIED INDIVIDUAL AND DONT WONT NO FULL Hormone Treatment anymore but what plans made in the Ripley, TN. Circuit Court w/ Richard Jennings the clerk and To The Rehabilitative Board on Grievances For IM AKA Damien Dana Pate and signed for it Nov. 28, 2014 Filed IN U.S. Supreme Court by Grant of Appeal

— Continued from pg. 7 —

December 17, 2014. Review case in Tennessee Claims Commission for the Eastern Division, and Middle Division and the Western Division filed again in April 2016 as an formal complaint from September of 2015 and arose out of formal complaints filed in 2012 in April through now under T-20160143 and the other I should have response on bribery from not honoring and acknowledging Jailhouse Lawyer thats a PRO SE Attorney by the PLRA 1996 and The 1968 Case Johnson v. Avery in the (6th) Sixth Circuit Court of Appeals, IN Contract settlement Private quarter hearing drafting Writ Written mirth conference.

Also, have Case No. 1:16-CV-106-TRM-CHS Filed IN April of 2016 and May 2016. Inn Chattanooga, TN. U.S. District Court Federal District Court for the South ~~west~~ Eastern Parts of Tennessee The Southeastern Tennessee Regional Correctional Facility: Bledsoe County lock-up for Corrections ~~Complex~~ Complex site 1.

Thank you,

1045 Horsehead Rd
Pikesville, TN 37367
703 Georgia Street
Johnson City, TN 37601

Please send a Copy of your Constitution Bill of Rights for the State and by the State and Local Regulated, Rules, and Procedure

"S/x Dana The Soloist"

BN: DO TO UNDUE HARDSHIP CANT MAKE COPIES NOR USAGE OF PDF'S or Computers, "[S/x HALE, THOMAS D.]"

"[S/y/HALE, THomHS D.]"
00130892 21D206
1045 Horsehead Rd
Pikesville, Tennessee 37367

Priviledged mail
Legal mail
Special mail –

RECEIVED
JUL 13 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI



ZIP 37367
02 1W
0001382119 JUN 28 2016
U.S. POSTAGE >> PITNEY BOWES
$ 000.67⁵

U.S. District Court for 11th Circuit + Regio Region
Delta Division and Western Division
Room 369 Federal Building
911 Jackson Avenue
Oxford, MS 38655

PRIVILEDGED MAIL
"[S/y/HALE]"

